# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**HAL D. BARNES**                                                                              **PLAINTIFF**
**ADC #124499**

**VS.**                                  **CASE NO.: 5:08CV00328 SWW/BD**

**ARKANSAS DEPARTMENT**
**OF CORRECTION, et al.**                                                          **DEFENDANTS**

<u>**ORDER**</u>

The Court has received the Recommended Disposition from Magistrate Judge Beth

Deere.  The parties have not filed objections.  After careful review of the Recommended

Disposition, as well as a *de novo* review of the record, the Court concludes that the

Recommended Disposition should be, and hereby is, approved and adopted as this

Court's findings in all respects in its entirety.[1]

Plaintiff's Complaint (docket entry #2) is DISMISSED WITH PREJUDICE under

28 U.S.C. § 1915A.  The dismissal will count as a "strike" for purposes of 28 U.S.C.

§ 1915(g).  The Court certifies that an *in forma pauperis* appeal taken from the order and

judgment dismissing this action would be frivolous and not taken in good faith.

IT IS SO ORDERED, this 27th day of January, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has not filed objections to the Magistrate Judge's recommended disposition but instead has filed a motion to amend what he states is his "ambiguous complaint."  Plaintiff, however, sets forth nothing that would call into question the Magistrate Judge's recommended disposition.  Accordingly, plaintiff's motion to amend his complaint [doc.#5] is denied.